# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA ELECTRONICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>Defendant. | Case No. 2:16-cv-05220 (JMA)(SIL) |

## JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to an electronic order dated November 1, 2018, Plaintiff Andrea Electronics Corporation ("Andrea") and Defendant Apple Inc. ("Apple") jointly submit the following proposed briefing schedule regarding the parties' respective Letter Motions to Lift the Stay [15] and Extend the Stay [16].

| Brief | Proposed Date |
|---|---|
| Opening Briefs for Each Party's Position Regarding Status of Stay | November 29, 2018 |
| Opposition Briefs | December 13, 2018 |

The parties have agreed to forgo replies or any further briefing after the Opposition Briefs are submitted.

Dated: November 8, 2018                                   Respectfully submitted,

*/s/ Goutam Patnaik*                                              */s/ Ching-Lee Fukuda*
Goutam Patnaik                                                      Ching-Lee Fukuda
Pepper Hamilton, LLP                                            SIDLEY AUSTIN LLP
Hamilton Square                                                    787 Seventh Avenue
600 Fourteenth Street, N.W.                                   New York, NY 10019
Washington, D.C. 20005                                         Tel: (212) 839-5300
Tel: (202) 220-1237                                                Fax: (212) 839-5599
Fax: (202) 220-1665                                                clfukuda@sidley.com
patnaikg@pepperlaw.com

*Counsel for Andrea Electronics Corporation*         *Counsel for Apple Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2018, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of records.

*/s/ Goutam Patnaik*
